Dismissed and Memorandum Opinion filed July 24, 2003









Dismissed and Memorandum Opinion filed July 24, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00515-CV

____________

 

THE
CITY OF HOUSTON, TEXAS, Appellant

 

V.

 

MUNICIPAL
PIPE AND FABRICATING COMPANY OF HOUSTON, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 2

Harris
County, Texas

Trial Court Cause No. 791,687 

 



 

M
E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order, signed May 2,
2003, denying appellant=s pleas to the jurisdiction.

On July 18, 2003, appellant filed a motion to dismiss the
appeal as moot because the trial court granted appellee=s motion to dismiss the underlying
case by order signed July 9, 2003.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum
Opinion filed July 24, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman